UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Johnny Lee Jones, III, )<br>)<br>            Plaintiff, )<br>  vs. )<br>)<br>Caseworker Barrett, *et al*., )<br>)<br>          Defendants. )<br>)  | Case No.: 2:14-cv-00303-GMN-NJK<br><br>**ORDER** |

      Pending before the Court is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe. (ECF No. 3.) *Pro se* Plaintiff Johnny Lee Jones, III, filed an Objection (ECF No. 6). As discussed below, the Court will accept and adopt in full Judge Koppe's Report and Recommendation.

      This action was referred to Judge Koppe pursuant to 28 U.S.C. § 636(b)(1)(B) and District of Nevada Local Rule IB 1-4. In Judge Koppe's Order (ECF No. 3), Judge Koppe granted Plaintiff's *In Forma Pauperis* Application (ECF No. 1) and dismissed Plaintiff's Complaint with leave to amend within thirty days. (ECF No. 2.)

      Plaintiff's Motion for Preliminary Injunction (ECF No. 2), was filed contemporaneously with Plaintiff's *In Forma Pauperis* Application. Judge Koppe reported that "Plaintiff has not shown that he is likely to succeed on the merits," and on this basis recommended that this Court enter an order denying the motion. (ECF No. 3.)

      A party may file specific written objections to the findings and recommendations of a Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*. The

Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

In his Objection, Plaintiff appears to object generally to Judge Koppe's findings and conclusions. (ECF No. 6.)  The Court has carefully reviewed Plaintiff's Complaint (ECF No. 4), Motion for Preliminary Injunction (ECF No. 2), and Objection (ECF No. 6), as well as the relevant legal standards.  Having done so, the Court agrees with Judge Koppe's conclusion, and finds no basis to reject Judge Koppe's findings and recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 3) is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 2) is **DENIED**.

DATED this 1st day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court